# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| JOSHUA J. VANBUREN | CIVIL ACTION NO. 17-1684 |
| | SECTION P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| POLICE DEPT. CITY OF MONROE, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Joshua J. VanBuren's Complaint is DISMISSED WITH PREJUDICE as frivolous.

IT IS FURTHER ORDERED that Plaintiff's "Motion for Service," [Doc. No. 9], and "Motion for Continuance or for Extension of Time" [Doc. No. 28], are DENIED AS MOOT.

MONROE, LOUISIANA, this 21st day of May, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE